JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

ROBERT N. MICHAELS (PABN 200918)
Special Assistant United States Attorney

    Defense Language Institute – Criminal Law
    1336 Plummer Street, Building 275
    Monterey, CA 93944
    Telephone: (831) 242-4537
    FAX: (831) 242-5198

Attorneys for Plaintiff

**FILED**

DEC 1 0 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SALINAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No.: CR-09-01073 MAG |
| Plaintiff, | STIPULATION AND ORDER EXCLUDING TIME |
| vs. | |
| CHRISTOPHER ADAM PERRO, | |
| Defendant. | |

On December 7, 2009, the parties in this case appeared before the Court. The parties jointly requested that the case be continued from December 7, 2009, until December 28, 2009 at 11:00 a.m. for a status conference. In addition, the parties requested an exclusion of time under the Speedy Trial Act, from December 7, 2009 to December 28, 2009. The parties agree and stipulate that an exclusion of time is appropriate for potential disposition.

/

/

/

/

STIPULATION AND ORDER EXCLUDING TIME      1
CASE NO: CR-09-01073 MAG

| | | |
|---|---|---|
| 1 | SO STIPULATED: | JOSEPH P. RUSSONIELLO |
| 2 | | United States Attorney |
| 3 | DATED: | /S/ |
| 4 | | ROBERT N. MICHAELS |
| | | Special Assistant United States Attorney |
| 5 | | |
| 6 | | |
| 7 | DATED: | /S/ |
| | | NICK HUMY |
| 8 | | Counsel for CHRISTOPHER ADAM PERRO |

## ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from December 7, 2009 to December 28, 2009. The Court finds, based on the aforementioned reasons, that the ends of justice are served by granting the requested continuance and outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: 12/10/09

HOWARD R. LLOYD
United States Magistrate Judge

STIPULATION AND ORDER EXCLUDING TIME    2
CASE NO: CR-09-01073 MAG