JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

ROBERT N. MICHAELS (PABN 200918)
Special Assistant United States Attorney

    Defense Language Institute – Criminal Law
    1336 Plummer Street, Building 275
    Monterey, CA 93944
    Telephone: (831) 242-6394

Attorneys for Plaintiff

**FILED**
JAN - 5 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SALINAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No.: 09-01073 |
| Plaintiff, | |
| vs. | MOTION AND [~~PROPOSED~~] ORDER TO DISMISS CASE NO. ~~08-00491~~ HRL |
| CHRISTOPHER ADAM PERRO, | 09-01073 |
| Defendant. | |

1. The United States moves that Count One and Count Two of the Information filed on 4 November 2009, against the above named defendant, be dismissed.

2. The United States makes this motion in the interests of Justice.

                              JOSEPH P. RUSSONIELLO
                              United States Attorney

                              */s/ Robert N. Michaels*
                              ROBERT N. MICHAELS
                              Special Assistant United States Attorney

## ORDER

Based on the government's motion and good cause appearing, IT IS HEREBY ORDERED that the above entitled matter is dismissed without prejudice.

Dated: __1/5__ 2010

_____
HOWARD R. LLOYD
United States Magistrate Judge